622

## BARNES *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 128, September Term, 1963.]

*Decided March 13, 1964.*

Before HENDERSON, HAMMOND, PRESCOTT, HORNEY and SYBERT, JJ.

PER CURIAM.

For reasons stated in the opinion of Judge Grady below, the application for leave to appeal is hereby denied.

*Application denied.*